FILED
2014 Jul-24  PM 01:57
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MONDEZ HAIRE,** | )<br>)<br>) |
| Plaintiff, | ) |
| vs. | ) Civil Action Number |
| | ) **2:13-cv-701-AKK** |
| **SPRINT COMMUNICATIONS**<br>**CO. LP., et al.,** | )<br>)<br>) |
| Defendants. | )<br>)<br>) |

## ORDER

Before the court is Defendants' motion to stay or, alternatively, motion to extend the dispositive motion deadline. Doc. 30. Upon review of the motion to stay and Plaintiff's opposition to it, docs. 30 & 36, the court concludes that the motion to stay is due to be, and hereby is, **DENIED**. The alternative motion to extend the dispositive motion deadline is hereby **GRANTED** in part. Accordingly, the dispositive motion deadline is **EXTENDED** until August 7, 2014. The telephonic conference set for this evening is **CANCELLED**.

   **DONE** the 24th day of July, 2014.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE